**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:12-cv-00550-RBJ-KLM

VIRTUOSO SOURCING GROUP, LLC,
a Colorado limited liability corporation,

        Plaintiff,

v.

VECTREN CORPORATION,
VECTREN ENERGY DELIVERY OF INDIANA, INC.,
d/b/a Indiana Gas Company, Inc., and d/b/a Southern Indiana Gas and Electric Company,
both Indiana corporations,

        Defendants.

**ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE**

THE COURT, having reviewed and considered the parties' Stipulated Motion to Transfer Venue, hereby GRANTS the Motion.

IT IS ORDERED that this case is transferred to the United States District Court for the Southern District of Indiana, Evansville Division, with each party to bear their own costs.

DATED this 21st day of May, 2012

        BY THE COURT:

        _____
        United States District Court Judge